UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JOHN D. HUDSON | * | |
| | * | Misc. Case No. 4:19-mc-2-CDL |
| VERSUS | * | |
| | * | Underlying Action |
| GULF LOGISTICS OPERATING, INC. | * | Case No. 2:16-15431 (E.D. La.) |
| | * | Honorable Greg Guidry presiding |
| | * | |

*************************************************************************

## **ORDER**

Defendant's motion to compel the attendance of Jeremiah Green at an oral and video deposition (ECF No. 4) is granted. The Court previously ordered Jeremiah Green to appear at a deposition on January 16, 2020. *See* Order, ECF No. 3. The deposition has now been reset for February 4, 2020.

IT IS HEREBY ORDERED that Jeremiah Green is compelled by this Court to appear and give testimony at an oral and video deposition on February 4, 2020, at 1:30 p.m., at the Columbus Marriott, 800 Front Avenue, Columbus, Georgia, as shown in the attached Notice.

The Court hereby notifies Jeremiah Green that if he fails to appear and give testimony at the deposition, he may be required to pay GULF LOGISTICS OPERATING, INC.'s attorneys' fees and costs associated with having to bring this motion to compel, as well as any other sanction that the Court deems appropriate under the circumstances after a hearing.

The Clerk shall mail a copy of this order to Jeremiah Green at 6900 Schomburg Road, Apt. 1001, Columbus GA 31909.

This 17th day of January, 2020.

S/Clay D. Land
United States District Judge